IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-132-BO

| SULLIVAN COLIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NICOLE BRINKLEY, et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion for leave to accept objections to United States Magistrate Judge Swank's memorandum and recommendation to be deemed timely filed. [DE 15].

The Court has considered plaintiff's objections to the memorandum and recommendation (M&R), has adopted the M&R, and has dismissed plaintiff's complaint in its entirety. [DE 13].

Plaintiff's motion for leave is therefore DENIED AS MOOT.

SO ORDERED.

This the ⁴/ day of April, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE